## PHILANDER SMITH *vs.* ROLAND W. SNOW.

Dukes County. October 23. — 24, 1877. LORD & SOULE, JJ., absent.

A testator, by his will, devised to his wife "all my estate, both real and personal, that shall remain after the payment of my debts and funeral charges, for her comfortable support and maintenance during her life, with full power and authority to dispose of the same as she may find needful for that purpose." The will also devised to A. "all the estate, both real and personal, of which I shall die seised and possessed, after the death of my said wife, to him, his heirs and assigns forever, if he shall then be living." A. survived the widow, who made no disposition of the real estate in her lifetime, but by her will devised it to B. *Held*, that the widow took only an estate for life with a power to sell, and, that power not having been exercised in her lifetime, the devise over to A. took effect.

WRIT OF ENTRY to recover two parcels of land in Edgartown. Plea, *nul disseisin*. The case was submitted to the Superior Court, and to this court, on appeal, on an agreed statement of facts in substance as follows :

The will of Joshua H. Snow, who died seised of the demanded premises, contained the following clauses: " I give to my beloved wife, Lucinda N. Snow, all my estate, both real and personal, that shall remain after the payment of my debts and funeral charges, for her comfortable support and maintenance during her life, with full power and authority to dispose of the same as she may find needful for that purpose." " I give, devise and bequeath to Roland W. Snow all the estate, both real and personal, of which I shall die seised and possessed, that may remain after the death of my said wife, Lucinda N. Snow, to him, his heirs and assigns forever, if he shall then be living." The person named as Roland W. Snow was the tenant in this action.

Lucinda N. Snow, never having disposed of the demanded premises in her lifetime, for her support and maintenance, gave by her will to her brother, Philander Smith, the demandant, "all the rest and residue of my estate, both real and personal, that I die seised of."

On these facts, judgment was ordered for the tenant; and the demandant appealed.

*J. Brown & L. E. White*, for the demandant.

*G. Marston*, for the tenant.

By THE COURT. The widow took under the will of her hus-band only an estate for life with a power to sell; and, that power not having been executed in her lifetime, the devise over to the tenant took effect upon her death. *Stevens* v. *Winship*, 1 Pick. 318. *Larned* v. *Bridge*, 17 Pick. 339. *Judgment affirmed.*